**Order entered September 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01293-CV

### IN RE LESTER JON RUSTON, Relator

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 4-81264-99**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for "writ of

error". We **ORDER** that relator bear the costs of this original proceeding.

/s/      ELIZABETH LANG-MIERS
        JUSTICE